**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:

**CAMP DAVID, LLC,**                                                                 **CASE NO. 23-50402-KMS**

**DEBTOR.**                                                                                          **CHAPTER 11**

<u>**Notice of Deficiency**</u>

To the Debtor and his attorney, if any:

For this case to be administered, it is necessary that the items(s) described below be filed **<u>immediately</u>**.

- **Corporate Ownership Statement** *(If the Debtor is a corporation)*

In the event the above documents are not filed on or before **March 25, 2023**, the Court may dismiss this case without further notice or hearing.

Dated:  March 23, 2023                                         Danny L. Miller, Clerk of Court

                                                                                  By:   /s/   <u>Josette Dutil</u>

                                                                                  Dan M. Russell, Jr. U. S. Courthouse
                                                                                  2012 15th Street, Suite 244
                                                                                  Gulfport, MS 39501
                                                                                  228-563-1790